AO (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

SEALED

UNITED STATES OF AMERICA

**CRIMINAL COMPLAINT**

vs.

CASE NUMBER: 3:09mj30

CHARLES W. MORRIS,
  a/k/a Charlie Morris
and
TERESA Y. ADAMS,
  a/k/a Terry Adams

    I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about August, 2008 through the present, in Okaloosa County, in the Northern District of Florida, defendants did engage in,

    **Theft or Bribery Concerning Programs Receiving Federal Funds; Wire Fraud; Deprivation of Right to Honest Services; Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity; and Conspiracy to Commit the Aforementioned Offenses in violation of Title 18 United States Code, Section(s) 666; 1343; 1346; 1957 and 371. I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this Complaint is based on the following facts:**

    SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

_____
Signature of Complainant
James A. Van Pelt

Sworn to before me and subscribed in my presence,

_____
Elizabeth M. Timothy
U.S. Magistrate Judge

at   Pensacola, Florida.

FILED February 25, 2009
          (Date)
NORTHERN DISTRICT OF FLORIDA
U.S. MAGISTRATE JUDGE